**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| AMK CONVENIENCE LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | No. _____ |
| | § | |
| WEST GUARD INSURANCE | § | |
| COMPANY, | § | |
| | § | |
| Defendant. | § | |

---

## INDEX

---

| EXHIBIT | DOCUMENT | FILED/ISSUED |
|:---:|:---|:---:|
| 1 | Index | N/A |
| 2 | Docket Sheet | N/A |
| 3 | Original Petition, Jury Demand and Request for Disclosure | 4/3/19 |
| 4 | Clerk's Notice of Payment of Jury Fee | 4/3/19 |
| 5 | Service Request Form | 4/4/19 |
| 6 | Citation | 4/8/19 |
| 7 | Return of Service | 4/9/19 |
| 8 | WestGUARD Insurance Company's Original Answer | 4/29/19 |
| 9 | Notice of Submission of Scheduling Order, or Alternatively Dismissal for Want of Prosecution | 5/6/19 |

Dated: May 7, 2019.                    Respectfully submitted,


/s/    *Taylor F. Brinkman*
Susan A. Kidwell
  Texas Bar No. 24032626
LOCKE LORD LLP
600 Congress Street, Suite 2200
Austin, Texas 78701
T: (512) 305-4766
skidwell@lockelord.com

Taylor F. Brinkman
  Texas Bar No. 24069420
Joseph A. Unis. Jr.
  Texas Bar No. 24075625
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
T: (214) 740-8000
tbrinkman@lockelord.com
junis@lockelord.com

ATTORNEYS FOR WESTGUARD INSURANCE
COMPANY

# EXHIBIT 2

FELICIA PITRE, DISTRICT CLERK

# DOCKET SHEET
## CASE NO. DC-19-04768

| | | | |
|---|---|---|---|
| AMK Convenience LLC | § | Location: | **160th District Court** |
| vs. | § | Judicial Officer: | **REDMOND, AIESHA** |
| West Guard Insurance Company | § | Filed on: | **04/03/2019** |
| | § | | |

---

### CASE INFORMATION

Case Type: **CNTR CNSMR COM DEBT**

---

### PARTY INFORMATION

| | | *Lead Attorneys* |
|---|---|---|
| **PLAINTIFF** | **AMK Convenience LLC** | **HAMPTON, CARTER L** |
| | | *Retained* |
| | | 817-877-4202(W) |
| | | |
| **DEFENDANT** | **West Guard Insurance Company** | **BRINKMAN, TAYLOR F.** |
| | Owner of AM Guard Insurance Company | *Retained* |
| | | 214-740-8000(W) |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 04/03/2019 | NEW CASE FILED (OCA) - CIVIL | |
| 04/03/2019 | ORIGINAL PETITION | |
| 04/03/2019 | JURY DEMAND<br>Party: PLAINTIFF AMK Convenience LLC | |
| 04/04/2019 | REQUEST FOR SERVICE | |
| 04/04/2019 | ISSUE CITATION<br>*ESERVE* | |
| 04/08/2019 | **CITATION**<br>West Guard Insurance Company<br>Served: 04/08/2019<br>*ESERVE* | |
| 04/09/2019 | RETURN OF SERVICE<br>*EXECUTED CITATION - WEST GUARD INSURANCE COMPANY* | |
| 04/29/2019 | ORIGINAL ANSWER - GENERAL DENIAL<br>Party: DEFENDANT West Guard Insurance Company | |
| 06/25/2019 | **Scheduling Conference** (3:00 PM) (Judicial Officer: REDMOND, AIESHA) | |

---

| DATE | FINANCIAL INFORMATION | | |
|---|---|---|---|
| | **PLAINTIFF** AMK Convenience LLC | | |
| | Total Charges | | 340.00 |
| | Total Payments and Credits | | 340.00 |
| | **Balance Due as of 5/7/2019** | | **0.00** |
| 04/03/2019 | Charge | PLAINTIFF AMK Convenience LLC | 332.00 |
| 04/03/2019 | CREDIT CARD - Receipt # 22134-2019-DCLK TEXFILE (DC) | PLAINTIFF AMK Convenience LLC | (332.00) |
| 04/05/2019 | Charge | PLAINTIFF AMK Convenience LLC | 8.00 |

*Printed on 05/07/2019 at 10:14 AM*

# DOCKET SHEET

## CASE NO. DC-19-04768

| 04/05/2019 | CREDIT CARD - Receipt # 22771-2019-DCLK | PLAINTIFF AMK Convenience LLC | (8.00) |
| | TEXFILE (DC) | | |

# EXHIBIT 3

FILED
DALLAS COUNTY
4/3/2019 1:46 PM
FELICIA PITRE
DISTRICT CLERK

Belinda Hernandez

CAUSE NO:_____   DC-19-04768

| | | |
|---|---|---|
| **AMK CONVENIENCE LLC** | § | **IN THE DISTRICT COURT** |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| | § | |
| **V.** | § | H-160TH   **JUDICIAL DISTRICT** |
| | § | |
| **WEST GUARD INSURANCE** | § | |
| **COMPANY, OWNER OF AM GUARD** | § | |
| **INSURANCE COMPANY** | § | |
| | § | **DALLAS  COUNTY, TEXAS** |

## ORIGINAL PETITION, JURY DEMAND AND REQUEST FOR DISCLOSURE

*NOW COMES,* AMK CONVENIENCE LLC**,** (hereinafter referred to as "Plaintiff") and files this its original petition, Jury Demand and Request for Disclosures against West Guard Insurance Company, owner of AM Guard Insurance Company (hereinafter called "Defendant") and would show the Court as follows:

### DISCOVERY - CONTROL PLAN

1.      Plaintiff intends to conduct discovery under Level 3 of the Texas Rule of Civil Procedure.

2.      Plaintiff seeks monetary relief over 200,000 but not more than 1,000,000 as well as attorney's fees, and exemplary damages.

3.      Plaintiff is a Texas LLC in good standing.

4.      Defendant West Guard Insurance Company is a for profit insurance company previously approved to transact business in Texas but has forfeited its charter but can be served with service of process by service upon its registered agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136

### BACKGROUND FACTS

5.      On September 6, 2017 Plaintiff purchased an insurance policy from Defendant West Guard subsidiary AM Guard Insurance Company, Policy No. AMBP897900 to cover various losses including burglary.  Plaintiff has made all premiums.   In the early morning, during store closing time on August 21, 2018 the insured store location of 3943 S. Cockrell Hill Rd, Suite 200, Dallas,

Texas 75236 was broken into.

6.      Police were called and the alarm system working resulted in over $140,000 worth of cash and merchandise stolen from the premises.

7.      Plaintiff made a claim shortly thereafter under Claim No. AMBP897900-001-001-001.

8.      Defendant has failed to conduct a timely investigation.  Defendant has simply come up with a new demand from Plaintiff at every turn and done nothing to resolve the claim in accordance with the laws of the State of Texas.

## BAD FAITH

9.      Plaintiff was an insured under ns insurance contract issued by Defendant which gave rise to a duty of good faith and fair dealing.

10.     Defendant breached the duty by delaying and effectively denying payment of a covered claim when Defendant knew or should have known its liability under the policy was reasonably clear.

11.     Defendant's breach of duty proximately caused injury to Plaintiff which resulted in unliquidated damages to Plaintiff.  Such damages are within the jurisdictional limits of the Court.

## BREACH OF CONTRACT

12.     In the alternative and in addition to, Defendant's breached the contract with the Plaintiff by its failure to pay a claim by covered the insurance contract. Such breach was the proximate cause of damage to Plaintiff. Such damage is unliquidated and within the Courts jurisdiction.

## EXEMPLARY DAMAGES

13.     Plaintiff suffered injury independent file loss of policy benefits, and that injury resulted from Defendant's gross negligence and malice which entitles Plaintiff to exemplary damages under Texas Civil Procedure and Remedies Code Section 41.003(a)

## ATTORNEY'S FEES

14.     Plaintiff is entitled to recover reasonable and necessary attorney's fees under the provisions of the insurance policy as wells as the Texas Civil Practice and Remedies Code and the Texas Insurance Code.

## JURY DEMAND

15.     Plaintiff demands a jury trial and tenders the appropriate fee with this Petition.

## REQUEST FOR DISCLOSURE

16.     Under Texas Rule of Civil Procedure 194, Plaintiff requests that Defendant disclose within fifty (50) days of the service of this request, the information or material described in Rule 194.2.

## OBJECTION TO ASSOCIATE JUDGE

17.     Plaintiff objects to the referred of this case to an associate judge for hearing a trial on the merits or presiding at jury trial.

## PRAYER

For the reasons stated herein Plaintiff ask the Court to issue citation from the Defendant to appear and answer and that Plaintiff be awarded a judgment against the Defendant.

    a.     Actual damages
    b.     exemplary damages
    c.     prejudgment interest and post judgment interest
    d.     Cost of Court
    e.     Attorney's fees
    f.     All other relief to which Plaintiff may show its self entitled.

Respectfully submitted,

/S/ CARTER L. HAMPTON
CARTER L. HAMPTON
Texas State Bar No. 08872100
HAMPTON & ASSOCIATES, P.C.
1000 Houston Street, Fourth Floor
Fort Worth, Texas 76102
Telephone:  (817) 877-4202
Facsimile:  (817) 877-4204
clhampton@hamptonlawonline.com

ATTORNEY FOR PLAINTIFF

# EXHIBIT 4



FELICIA PITRE
DALLAS COUNTY DISTRICT CLERK


NINA MOUNTIQUE
CHIEF DEPUTY


## CAUSE NO. DC-19-04768


AMK Convenience LLC

vs.

West Guard Insurance Company owner of AM Guard Insurance Company


160th District Court


# <u>ENTER DEMAND FOR JURY</u>

JURY FEE PAID BY: AMK CONVENIENCE LLC

FEE PAID: $40.00

# EXHIBIT 5

FILED
DALLAS COUNTY
4/4/2019 9:54 AM
FELICIA PITRE
DISTRICT CLERK

# HAMPTON ✸ ASSOCIATES

JAVIER HERNANDEZ

ATTORNEYS · COUNSELORS · MEDIATORS

CARTER L. HAMPTON
Direct Dial: (817) 877-4202
clhampton@hamptonlawonline.com



## Service Request form

April 4, 2019

**Cause No: DC-19-04768**

**Style of case:**   AMK Convenience LLC v. West Guard Insurance Company, Owner of AM Guard Insurance Company

**Title of Pleading:**   Original Petition, Jury Demand and Request for Disclsoure

**Date of Pleading:** 04/03/19

**Return to (e-service Only): Carter L. Hampton  email:** clhampton@hamptonlawonline.com

Requesting one (1) citation it will be served by our private processor.

**Name of Party to be served DEFENDANT:**
West Guard Insurance Company
owner of AM Guard Insurance Company,
Registered Agent, CT Corporation System
1999 Bryan Street, Suite 900
Dallas, TX 75201-3136

Person Requesting Service:

Carter L. Hampton, Attorney at Law
Hampton & Associates
1000 Houston Street, Fourth Floor
Fort Worth, TX 76196
T: 817-877-4202
F: 817-877-4204

# EXHIBIT 6

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

To:

**WEST GUARD INSURANCE COMPANY**
**SERVING REGISTERED AGENT CT CORPORATION SYSTEM**
**1999 BRYAN ST STE 900**
**DALLAS TX 75201**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **160th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **AMK CONVENIENCE LLC**

Filed in said Court **3rd day of April, 2019** against

**WEST GUARD INSURANCE COMPANY OWNER OF AM GUARD INSURANCE COMPANY**

For Suit, said suit being numbered <u>**DC-19-04768,**</u> the nature of which demand is as follows:
Suit on **CNTR CNSMR COM DEBT** etc. as shown on said petition **REQUEST FOR DISCLOSURE**, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 8th day of April, 2019.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By _Kari Malone_____ , Deputy
    KARI MALONE



---

<u>**ESERVE**</u>

**CITATION**

**DC-19-04768**

**AMK CONVENIENCE LLC**
**VS.**
**WEST GUARD INSURANCE COMPANY**

ISSUED THIS
**8th day of April, 2019**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: KARI MALONE, Deputy

---

**Attorney for Plaintiff**
CARTER L HAMPTON
HAMPTON & ASSOCIATES PC
1000 HOUSTON ST
FOURTH FLOOR
FORT WORTH TX 76102
817-877-4202
clhampton@hamptonlawonline.com

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

## OFFICER'S RETURN

Case No. : DC-19-04768

Court No.160th District Court

Style: AMK Convenience LLC

    vs.

West Guard Insurance Company

Came to hand on the _____day of _____, 20_____, at _____o'clock_____.M. Executed at _____,

within the County of _____ at _____ o'clock _____ .M. on the _____day of_____ _____,

20_____, by delivering to the within named

_____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.  The distance actually traveled by me in serving such process was _____miles and my fees are as follows:   To certify which witness my hand.

| | | |
|---|---|---|
| For serving Citation | $_____ | _____ |
| For mileage | $_____ | of_____County, _____ |
| For Notary | $_____ | By_____Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____before me this_____day of _____, 20_____,

to certify which witness my hand and seal of office.

_____

Notary Public_____County_____

# EXHIBIT 7

FILED
DALLAS COUNTY
4/9/2019 11:21 AM
FELICIA PITRE
DISTRICT CLERK
Daniel Macias

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

To:

**WEST GUARD INSURANCE COMPANY**
**SERVING REGISTERED AGENT CT CORPORATION SYSTEM**
**1999 BRYAN ST STE 900**
**DALLAS TX 75201**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **160th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **AMK CONVENIENCE LLC**

Filed in said Court **3rd day of April, 2019** against

**WEST GUARD INSURANCE COMPANY OWNER OF AM GUARD INSURANCE COMPANY**

For Suit, said suit being numbered **DC-19-04768,** the nature of which demand is as follows:
Suit on **CNTR CNSMR COM DEBT** etc. as shown on said petition **REQUEST FOR DISCLOSURE,** a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 8th day of April, 2019.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas



By _Kari Malone_ , Deputy
KARI MALONE

---

**ESERVE**

CITATION

DC-19-04768

**AMK CONVENIENCE LLC**
VS.
**WEST GUARD INSURANCE COMPANY**

ISSUED THIS
**8th day of April, 2019**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: KARI MALONE, Deputy

**Attorney for Plaintiff**
CARTER L HAMPTON
HAMPTON & ASSOCIATES PC
1000 HOUSTON ST
FOURTH FLOOR
FORT WORTH TX 76102
817-877-4202
clhampton@hamptonlawonline.com

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

# OFFICER'S RETURN

Case No.: DC-19-04768

Court No.160th District Court

Style: AMK Convenience LLC

vs.

West Guard Insurance Company

Came to hand on the _8_ day of _April_, 20 _19_, at _12:30_ o'clock _p_ .M. Executed at _1999 Bryan St. Suite 900_

within the County of _Dallas_ at _1:53_ o'clock _p_ .M. on the _8_ day of _April_

20 _19_, by delivering to the within named

_West Guard Insurance Company 4/s P/A CT Corporation_
_System_

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by

me in serving such process was _____ miles and my fees are as follows:  To certify which witness my hand.

_PSC12215_
_8/31/19_

| | | |
|---|---|---|
| For serving Citation | $ — | |
| For mileage | $ — | of _Tarrant_ County, _Texas_ |
| For Notary | $ — | By _Merle A. Barberena_ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _Merle A. Barberena_ before me this _8_ day of _April_, 20 _19_

to certify which witness my hand and seal of office.

_Maria A Pulido_

Notary Public _TX_ County _Tarrant_

MARIA A. PULIDO
Notary Public, State of Texas
Comm. Expires 11-23-2019
Notary ID 130448746

# EXHIBIT 8

FILED
DALLAS COUNTY
4/29/2019 12:00 AM
FELICIA PITRE
DISTRICT CLERK

Terri Kilgore

DC-19-04768

| AMK CONVENIENCE LLC, | § | IN THE DISTRICT COURT OF |
|---|---|---|
| Plaintiff, | § § § | |
| vs. | § § | DALLAS COUNTY, TEXAS |
| WEST GUARD INSURANCE COMPANY, | § § § § | |
| Defendant. | § | 160th JUDICIAL DISTRICT |

## WESTGUARD INSURANCE COMPANY'S ORIGINAL ANSWER

Defendant, WestGUARD Insurance Company, answers the Original Petition filed by Plaintiff, AMK Convenience LLC ("AMK") as follows:

### GENERAL DENIAL

WestGUARD generally denies all allegations in the Original Petition and demands strict proof thereof.

### VERIFIED PLEAS

WestGUARD is not a proper defendant to this action because it is not a party to any insurance contract with AMK.  AmGUARD Insurance Company, not WestGUARD, issued the policy under which AMK purports to sue.

### PRAYER

WHEREFORE, WestGUARD prays that the Court, upon final trial and hearing of this action, enter judgment that AMK take nothing by its suit, that all relief that AMK prays for be denied, that WestGUARD recover all costs of court incurred herein, including

WESTGUARD INSURANCE COMPANY'S ORIGINAL ANSWER - Page 1

attorneys' fees if appropriate, and that WestGUARD be awarded such other and further relief, general and special, legal and equitable, to which it may show itself justly entitled.

Dated: April 28, 2019.                    Respectfully submitted,


                                          /s/   *Taylor F. Brinkman*
                                          Susan A. Kidwell
                                             Texas Bar No. 24032626
                                          LOCKE LORD LLP
                                          600 Congress Street, Suite 2200
                                          Austin, Texas 78701
                                          T: (512) 305-4766
                                          skidwell@lockelord.com

                                          Taylor F. Brinkman
                                             Texas Bar No. 24069420
                                          Joseph A. Unis. Jr.
                                             Texas Bar No. 24075625
                                          LOCKE LORD LLP
                                          2200 Ross Avenue, Suite 2800
                                          Dallas, Texas 75201
                                          T: (214) 740-8000
                                          tbrinkman@lockelord.com
                                          junis@lockelord.com

                                          ATTORNEYS FOR WESTGUARD
                                          INSURANCE COMPANY


## CERTIFICATE OF SERVICE

I certify that on April 28, 2019, I served this document on Plaintiff's counsel of record via the TexFile service feature.

                                          /s/   *Taylor F. Brinkman*


WESTGUARD INSURANCE COMPANY'S ORIGINAL ANSWER - Page 2

## VERIFICATION

STATE OF PENNSYLVANIA       §
      §
LUZERNE COUNTY       §

On this day, Nona F. Loftus appeared before me, the undersigned notary. After being duly sworn by me, she stated that she is P&C Claims Supervisor at Berkshire Hathaway GUARD Insurance Companies, she read the facts stated underneath the heading "Verified Pleas" in WestGUARD Insurance Company's Original Answer, and all of those facts are true and correct.

_____
Nona F. Loftus

SWORN TO and SUBSCRIBED before me by Nona Loftus on this 26th day of April, 2019.

_____
Notary Public's Signature

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Erin Gardner, Notary Public
City of Wilkes-Barre, Luzerne County
My Commission Expires Aug. 8, 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

# EXHIBIT 9



IN THE DISTRICT COURT
OF DALLAS COUNTY
160TH JUDICIAL DISTRICT
DALLAS, TX 75202-4606
Chambers of JUDGE AIESHA REDMOND

5/6/2019

TAYLOR F. BRINKMAN
LOCKE LORD LLP
2200 ROSS AVE
SUITE 2800
DALLAS TX  75201

### NOTICE OF SUBMISSION OF SCHEDULING ORDER, OR ALTERNATIVELY DISMISSAL FOR WANT OF PROSECUTION

CAUSE NO DC-19-04768

| | |
|---|---|
| AMK Convenience LLC | In the District Court |
| vs. | of Dallas County, Texas |
| West Guard Insurance Company | 160th Judicial District |

The parties or their attorneys are ORDERED to appear for a scheduling conference hearing. The Court will hold a scheduling conference on the date and time indicated below. *The Court prefers that counsel submit an Agreed Scheduling Order 3 business days in advance in lieu of attending the scheduling conference hearing. Upon receipt of the signed order, the hearing will be canceled.* Scheduling conferences <u>WILL NOT</u> be rescheduled. The Court asks that you confer with opposing counsel, or litigant **before** the scheduling conference. The parties shall agree upon a mediator. Failure to agree upon a mediator will require all parties to appear for the scheduling conference.

### *The parties are ordered to confer before the conference.*

IN THE EXERCISE OF THE COURT'S DISCRETION PURSUANT TO IT'S INHERENT POWER TO DISMISS CASES NOT DILIGENTLY PROSECUTED AND RULE 165A, Failure to submit an agreed signed scheduling order, will result in the dismissal of this case on the date and time indicated below.

<u>The conference will not be required if the parties file an agreed scheduling order.</u> One of the two Modified Uniform Scheduling Orders is attached. The date by which the case will be ready for trial (the "Initial Trial Setting") as indicated in the forms must be on a Monday not a holiday and must be in the following range: ***PLEASE USE AND SUBMIT THE ATTACHED MODIFIED UNIFORM SCHEDULING ORDER, LEVELS 1-2 or 3.***

> Level 1: 6-10 months out from the date of initial filing of the case
> Level 2: 12-15 months out from the date of initial filing of the case
> Level 3: 15-20 months out from the date of initial filing of the case

Scheduling Conference, or alternatively hearing for dismissal for want of prosecution: <u>**06/25/2019 @** 3:00 PM.*</u>

Sincerely,

*Aiesha Redmond*

/s/ Aiesha Redmond
AIESHA REDMOND, JUDGE



IN THE DISTRICT COURT
OF DALLAS COUNTY
160TH JUDICIAL DISTRICT
DALLAS, TX 75202-4606
Chambers of JUDGE AIESHA REDMOND

5/6/2019

CARTER L HAMPTON
HAMPTON  & ASSOCIATES PC
1000 HOUSTON ST
FOURTH FLOOR
FORT WORTH TX  76102

### NOTICE OF SUBMISSION OF SCHEDULING ORDER, OR ALTERNATIVELY DISMISSAL FOR WANT OF PROSECUTION

CAUSE NO DC-19-04768

| | |
|---|---|
| AMK Convenience LLC | In the District Court |
| vs. | of Dallas County, Texas |
| West Guard Insurance Company | 160th Judicial District |

The parties or their attorneys are ORDERED to appear for a scheduling conference hearing. The Court will hold a scheduling conference on the date and time indicated below. ***The Court prefers that counsel submit an Agreed Scheduling Order 3 business days in advance in lieu of attending the scheduling conference hearing. Upon receipt of the signed order, the hearing will be canceled.*** Scheduling conferences WILL NOT be rescheduled. The Court asks that you confer with opposing counsel, or litigant **before** the scheduling conference. The parties shall agree upon a mediator. Failure to agree upon a mediator will require all parties to appear for the scheduling conference.

## *The parties are ordered to confer before the conference.*

IN THE EXERCISE OF THE COURT'S DISCRETION PURSUANT TO IT'S INHERENT POWER TO DISMISS CASES NOT DILIGENTLY PROSECUTED AND RULE 165A, Failure to submit an agreed signed scheduling order, will result in the dismissal of this case on the date and time indicated below.

The conference will not be required if the parties file an agreed scheduling order. One of the two Modified Uniform Scheduling Orders is attached. The date by which the case will be ready for trial (the "Initial Trial Setting") as indicated in the forms must be on a Monday not a holiday and must be in the following range: ***PLEASE USE AND SUBMIT THE ATTACHED MODIFIED UNIFORM SCHEDULING ORDER, LEVELS 1-2 or 3.***

Level 1: 6-10 months out from the date of initial filing of the case
Level 2: 12-15 months out from the date of initial filing of the case
Level 3: 15-20 months out from the date of initial filing of the case

Scheduling Conference, or alternatively hearing for dismissal for want of prosecution: **06/25/2019 @** 3:00 PM.*

Sincerely,

*Aiesha Redmond*

/s/ Aiesha Redmond
AIESHA REDMOND, JUDGE