UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AMK CONVENIENCE LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | No. 3:19-CV-1096-N |
| § | |
| WEST GUARD INSURANCE § | |
| COMPANY, § | |
| § | |
| Defendant. § | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, AMK Convenience LLC ("AMK"), and Defendant, WestGUARD Insurance Company ("WestGUARD"), hereby stipulate to the dismissal of all claims asserted by AMK against WestGUARD. AMK and WestGUARD also stipulate that each party shall bear the costs of court incurred by that party.

Dated: June 7, 2019.					Respectfully submitted:


							/s/    *Taylor F. Brinkman*
							Susan A. Kidwell
							  Texas Bar No. 24032626
							LOCKE LORD LLP
							600 Congress Street, Suite 2200
							Austin, Texas 78701
							T: (512) 305-4766
							skidwell@lockelord.com

							Taylor F. Brinkman
							  Texas Bar No. 24069420
							Joseph A. Unis. Jr.
							  Texas Bar No. 24075625
							LOCKE LORD LLP
							2200 Ross Avenue, Suite 2800
							Dallas, Texas 75201
							T: (214) 740-8000
							tbrinkman@lockelord.com
							junis@lockelord.com

							ATTORNEYS FOR WESTGUARD
							INSURANCE COMPANY




Dated: June 7, 2019.					/s/    *Carter L. Hampton*
							Carter L. Hampton
							  Texas Bar No. 08872100
							  Rafael.pizana@rp3law.com
							HAMPTON & ASSOCIATES, P.C.
							1000 Houston Street, Fourth Floor
							Fort Worth, Texas 76102
							T: (817) 877-4202
							F: (817) 877-4204

							ATTORNEY FOR AMK CONVENIENCE
							LLC

## **CERTIFICATE OF SERVICE**

  I certify that on June 7, 2019, I filed this document using the Court's Electronic Case Filing ("ECF") system, which will automatically deliver a notice of electronic filing to Plaintiff's counsel of record, who is a registered ECF user. Delivery of such notice of electronic filing constitutes service of this document as contemplated by Rule 5 of the Federal Rules of Civil Procedure. *See* LR 5.1

               /s/ *Taylor F. Brinkman*